# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 14-cr-00207-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDE BRIAN ISABELLA,

    Defendant.

## PROTECTIVE ORDER

THIS MATTER coming before the Court upon Stipulated Motion Regarding Computer Forensic Review Procedures for Child Pornography Contraband signed by Alecia L. Riewerts, Assistant United States Attorney, and the Defendant Rande Brian Isabella, through counsel , Matthew Kyle Belcher.  (Doc. # 32.)  The parties have stipulated to the review procedure for child pornography contraband.

Good cause appearing, the Court hereby GRANTS this Motion, enters this Stipulation and further Orders:

The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this stipulation and order. The defense team agrees that it is forbidden from removing any contraband images from the government reviewing facility. Defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates.

Defense expert will be provided with a CD/DVD burner and disks to copy their report onto optical media.

DATED: March __31__, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge