**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 14-cr-00207-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDE BRIAN ISABELLA,

    Defendant.

___

**ORDER**
___

    Upon consideration of the Government's Motion to Disclose Copy of Transcript of Grand Jury Testimony Under Specified Conditions to Attorney for Defendant (Doc. #54), pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, it is,

    ORDERED that a copy of the transcript of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorney for the Defendant for preparation for trial and that the disclosed copy of the Grand Jury transcript and materials are not to be reproduced and are to be retained in the personal custody or office of the attorney and can be reviewed by the Defendant only while in the direct presence of defense counsel consistent with the Protective Order issued on July 18, 2014 (Doc. #21).

    DATED January 15, 2016

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge