FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 25 2021

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT OF COLORADO, DENVER ~~COLORADO~~

CIVIL ACTION No. 21-cv-00973-CMA           UNITED STATES OF AMERICA, RESPONDANT
CRIMINAL CASE: 1:14-cr-00207-CMA

v.

RANDE ISABELLA, PRO SE MOVANT

FIRST MOTION FOR EXTENSION TO REPLY TO GOVERNMENT'S RESPONSE

COMES NOW, RANDE ISABELLA, MOVANT, MOVING THE HONORABLE COURT TO GRANT AN EXTENSION OF TIME PERMITTED TO REPLY TO THE GOVERNMENT'S ANSWER OF THE MOTION FILED UNDER 28 U.S.C. §2255.

MOVANT OFFERS THE FOLLOWING IN SUPPORT:

1. Movant's Reply is due June 23, 2021, 14 days from Government's ECF answer. Movant received a copy of the answer on this day, June 22, 2021 by U.S. Mail.

2. On June 23, 2021 Movant is depositing an amended motion along with a motion to amend pursuant to Fed. Civil R. Proc. 15(a)(1)(B), which provides for an amend of the original motion "once as a matter of course" "within 21 days of the responsive pleading." That motion to amend is timely.

3. Movant requests the Court grant the Movant no less than 30 days in which to reply to the Government's amended response, since Movant has no access to ECF while incarcerated and the U.S. mail and prison mail room require approximately 7 to 10 days to deliver first class and priority mail.

4. The added duress of being within the 15th month of prison lockdown due to Covid-19 further hampers Movant's abilities as detailed in the motion for equitable tolling on the Docket.

Wherefore Movant prays the Court to grant the extension.

## CERTIFICATION

I HEREBY CERTIFY THAT THE FOREGOING IS TRUE AND CORRECT UNDER PENALTY OF PERJURY. ON THE DATE SIGNED BELOW 3 COPIES OF THIS MOTION WERE DEPOSITED IN A PRISON MAIL RECEPTICAL PURSUANT TO 28 U.S.C. §1746. PRISON MAIL RULE WITH PRE-PAID POSTAGE AFFIXED. A COPY HAS BEEN SERVED ON THE GOVERNMENT.

SIGNED,                    DATE,

_____   -   JUNE 22, 2021

UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 25 2021

JEFFREY P. COLWELL
CLERK

## UNITED STATES DISTRICT COURT OF COLORADO, DENVER COLORADO

CIVIL ACTION: No. 21-cv-00973 CMA         UNITED STATES OF AMERICA, RESPONDANT
CRIMINAL CASE: 1:14-cr-00207-CMA

v.

RANDE ISABELLA, PRO SE MOVANT

### FIRST MOTION FOR EXTENSION TO REPLY TO GOVERNMENT'S RESPONSE

COMES NOW, RANDE ISABELLA, MOVANT, MOVING THE HONORABLE COURT TO GRANT AN EXTENSION OF TIME PERMITTED TO REPLY TO THE GOVERNMENT'S ANSWER OF THE MOTION FILED UNDER 28 U.S.C. §2255.

MOVANT OFFERS THE FOLLOWING IN SUPPORT:

1. Movant's Reply is due June 23, 2021, 14 days from Government's ECF answer. Movant received a copy of the answer on this day, June 22, 2021 by U.S. Mail.

2. On June 23, 2021 Movant is depositing an amended motion along with a motion to amend pursuant to Fed. Civil R. Proc. 15(a)(1)(B), which provides for an amend of the original motion "once as a matter of course" "within 21 days of the responsive pleading." That motion to amend is timely.

3. Movant requests the Court grant the Movant no less than 30 days in which to reply to the Government's amended response, since Movant has no access to ECF while incarcerated and the U.S. Mail and Prison Mail Room require approximately 7 to 10 days to deliver first class and priority mail.

4. The added duress of being within the 15th month of Prison lockdown due to Covid-19 further hampers Movant's abilities as detailed in the motion for equitable tolling on the docket.

Wherefore Movant prays the Court to grant the extension.

## CERTIFICATION

I HEREBY CERTIFY THAT THE FOREGOING IS TRUE AND CORRECT UNDER PENALTY OF PERJURY. ON THE DATE SIGNED BELOW 3 COPIES OF THIS MOTION WERE DEPOSITED IN A PRISON MAIL RECEPTICAL PURSUANT TO 28 U.S.C. §1746. PRISON MAIL RULE WITH PRE-PAID POSTAGE AFFIXED. A COPY HAS BEEN SERVED ON THE GOVERNMENT.

SIGNED, [signature]     DATE, JUNE 22, 2021