**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 25 2021

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT OF COLORADO

Civil Action No. 21-cv-00973-CMA

Case Number: 1:14-cr-00207-CMA

United State of America (Respondant)

v

Rande Isabella (Movant)

MOTION TO AMEND §2255 MOTION PURSUANT TO CIVIL RULES OF PROCEDURE RULE 15(a)(1)(B)

COMES NOW, Rande Isabella, the MOVANT, moving the Honorable Court to grant leave to amend the Motion To Vacate Under 28 U.S.C.§2255 filed on March 30, 2021, "once as a matter of course" pursuant to Civil Rules of Procedure Rule 15(a)(1)(B). MOVANT offers the following in support of this motion:

1. "Unlike amendments under Rule 15(a)(2), amendments under Rule 15(a)(1) do not require the opposing party's written consent or the court's leave." Bramhall v Cyprus Credit Union, 2020 U.S. Dist. LEXIS 46194 (March 16, 2020) (Case No. 2:19-cv-477) ("Plaintiff's Amended Complaint was properly filed pursuant to Rule 15(a)(1)(B) and is therefore now the operative pleading in this case.")

2. Rule 15(a)(1)(B) provides for timely compliance of a responsive pleading when filed "within 21 days of service of a responsive pleading without requiring the filer to seek leave of court." Id.

3. There is no barrier to amending a motion pursuant to 28 U.S.C.§2255 and "the Court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). See Foman v Davis, 371 U.S. 178 (1962).

4. Several grounds have been omitted in this amended motion, while others have been clarified amplified and more articulately state and support the previously made grounds. "Because [Movant] is proceeding pro se, the court construes his pleadings liberally. United States v Fisher, 38 F.3d 1144 (10th Cir. 1994)." Tubens v United States, 2016 U.S. Dist. LEXIS 163773 (November 28, 2016) (Case No. 2:15-CV-00659-TC) at n.2.

5.  Because of the monumental task of organizing handwritten drafts of arguments from a prison cell that has remained on lockdown due to Covid-19 since April 1, 2020, Movant asks the Court to construe the §2255 amended motion as liberally as the original. It is not the intent of this Movant to use this amended motion to supplement the original motion. Care has been taken to follow the "relate back" principle described at Rule 15(c). Rule 15(a)(1)(B) permitting amendment "once as a matter of course" should not unduly prejudice the Government, since the rule is common and the Movant has complied with the 21 day limit. But should the Government decide that any of the grounds contain substantially new claims or that new evidence does not "relate back" at Rule 15(c)(1), Movant requests leave for the Government to file a Motion to Strike those offending paragraphs, with permission for the Movant's response prior to the Court's ruling. "The Court should freely permit an amendment when doing so will aid in presenting the merits and the objecting party fails to satisfy the court that evidence would prejudice that party's action." Rule 15(b)(1).

WHEREFORE, the undersigned has complied with Rule 15(a)(1)(B), Movant asks the Court to grant the motion to amend and to let the amended motion in its entirety be the operative pleading in this case.

CERTIFICATION

The undersigned hereby certifies that the above statements are true and correct and that 3 copies of this motion were deposited by prison mail rule with pre-paid postage attached on the date signed below and that a copy was served on the Government.

28 U.S.C. §1746

_____  6-23-21

Rande Isabella 60896-018,  date